No. 893. RUSHMORE ET AL. v. LANE. May 22, 1939. Petition for writ of certiorari to the Court of Errors and

Appeals of New Jersey denied. *Mr. Jay Leo Rothschild* for petitioners. *Mr. Samuel Kaufman* for respondent.